**Scoolidge, Peters, Russotti & Fox, LLP**

**Peter Fox**
2 Park Avenue – 20th Floor
New York, NY 10016
(212) 729-7708
pfox@sprfllp.com

May 14, 2026

**VIA ECF**

Hon. Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Brigade Talent, LLC v. Lichy*, 1:26-CV-01811-DEH

Dear Judge Ho:

We represent Petitioner Brigade Talent, LLC ("Brigade"), in the above-captioned summary proceeding to confirm a final arbitration award and enter judgment thereon, and write in follow-up to our letter of April 9, 2026 (ECF No. 10) to inform the Court that Respondent Erin Dana Lichy has confirmed that she was the payor of the $20,000 Brigade received on March 24, 2026, and that Ms. Lichy paid Brigade an additional $40,000 on April 27. According to Ms. Lichy's counsel, Abraham Lichy, both payments were intended as partial satisfaction of the final arbitration award at issue in the proceeding (the "Final Award").

To recap: on February 24, 2026, the arbitrator presiding over a JAMS arbitration between Brigade and Ms. Lichy rendered the Final Award in favor of Brigade in the amount of $91,632.20 (*see* ECF No. 3-2, Final Award).

On March 4, 2026, Brigade filed a petition to confirm the Final Award (ECF No. 1, Pet'n), and a motion to enter judgment thereon and award post-award, pre-judgment interest and post-judgment interest (ECF Nos. 2-4, Mot. Papers). Ms. Lichy's counsel was served the following day. (ECF No. 9, Affirm of Service.) Under the local rules, any opposition to the petition and motion was due within 14 days, which was March 19, 2026.

Ms. Lichy did not submit an opposition and has not, to date, otherwise appeared in this proceeding.

However, on March 24, 2026, Ms. Lichy paid Brigade $20,000, and, on April 27, 2026, she paid Brigade an additional $40,000. Both payments were in partial satisfaction of the Final Award.

Accordingly, Ms. Lichy has paid $60,000 of the $91,632.20 face value of the Final Award. She still owes Brigade $31,632.20 on face value of the award, as well as post-award, pre-judgment interest on the $60,000 in the amount $749.59—reflecting $138.08 in such interest on the $20,000 from the date of the Final Award through March 24, 2026, and $611.51 in such interest on the $40,000 from the date of the Final Award through April 27, 2026. As of today, Ms. Lichy also



owes $616.20 in post-award, pre-judgment interest on the outstanding portion of the final award, which continues to accrue at a rate of $7.80 per day.

Thus, judgment should be entered on the Final Award in the amount of $32,997.99, plus post-award, pre-judgment in the amount of $7.80 per day for every day from tomorrow, May 15, 2026, through the date of entry of judgment.

This letter will be served on Ms. Lichy's counsel via email pursuant to Rule 5(b)(2)(F) of the Federal Rules of Civil Procedure, following Ms. Lichy's counsel's written consent to such service by email.

Respectfully submitted,

cc:  Abraham Lichy (via email)

2